# COMPLAINT
(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAY 20 P 12: 57

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Jerel L. Bell

PO Box 240454

Milw. WI 53225

v.

(Full name of defendant(s))

Holton Terrace LLC c/o HACM

809 N. Broadway, 3rd Floor

Milwaukee, WI

53202 US

26-C-895

Case Number:

_____

(to be supplied by Clerk of Court)

### A.    PARTIES

1.    Plaintiff is a citizen of __WISCONSIN__ and resides at
(State)

__4062 N. 45th ST, Milw. WI 53216__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant __Casandra McElroy__
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of <u>WISCONSN</u>

(State, if known)

and (if a person) resides at <u>Unknown</u>

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>HACM</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1.) Casandra McElroy

2.) She failed to uphold safely responsiblities to keep me safe in this property. After outsider got into the building and tried to force himself in with a gun to shoot me. She didnt file a report to Safely or provide a video to prove who let him in because you need a pass-code key to get in and get on elevator.

3) 9/04/23 Police Report call #2334170610 As of 11/30/2023 12:04;39

4) 2825 W. Hotton St #914 my old apartment unit Milw. WI 53213

5) Ms. Casandra was a friend to the family and old-school mate to Porchia the one that stayed in her mother apartment #910 same

Complaint – 2

address after she had moved out for 4 month, But casandra never took the Key Pad-code that gave her access to building + elevator.

Because Casandra never honor my request or my mother sat to her in her office asking her to relocate me, all she said she working on it.

Because she never relocate me, that same man attack me from behine and struck my head cause me to get shitches, have conceusion after he hit me I stumble got up pepper spray him and he told his partner go to car and get the guns, he brought it back and pulled the trigger but it didn't go off, witness coll police and they left it was the same man that attack me, tried to force himself in my apartment.

NO TRESPASSING City ORD. NO. 110-10 was violator Unescorted, non-residents on their building but Casandra allowed this woman, her friend to live over 4 month Rent Free, in apartment that suppose to be vacant and ready for new tenant.

March 20, 2024 COURT TRIAL - DAY 2. Recorded and Transcribed by: Lisa K. Freeman, CER, CET Statewide Court Reporter

Case 2:26-cv-00895-SCD     Filed 05/20/26     Page 3 of 5     Document 1

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1) Remove Eviction off my record.

2) Place back on the Rental Assitance. A New apartment my choice to move to immediately

3) Agreement settlement for long-Term damage to my life body, mental treatments on going

See Attachs Report from Physician.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___20ᵗʰ___ day of __MAY__ 20_26_.

Respectfully Submitted,

_____
Signature of Plaintiff

__414 - 242 - 9269__
Plaintiff's Telephone Number

__jerelbell197409@gmail.com__
Plaintiff's Email Address

__P.O. Box 240454__

__Milw. WI 53225__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5